# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of January, two thousand twenty-six,

---

| | |
|---|---|
| Jhon Rodriguez Orellana,<br><br>       Petitioner - Appellee,<br><br> v.<br><br>LaDeon Francis, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement, Todd Lyons, in his official capacity as Acting Director of Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of Homeland Security, Pamela Bondi, in her official capacity as Attorney General,<br><br>       Respondents - Appellants. | **ORDER**<br>Docket No. 25-3029 |

---

Counsel for Appellant Kristi Noem, Kristi Noem, LaDeon Francis, LaDeon Francis, Pamela Bondi, Pamela Bondi, Todd Lyons, Todd Lyons has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 16, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before March 16, 2026.  If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

