**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of March, two thousand twenty-six,

_____

Jhon Rodriguez Orellana,

     Petitioner - Appellee,

  v.

Kenneth Genalo, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement, Todd Lyons, in his official capacity as Acting Director of Immigration and Customs Enforcement, Kristi Noem, in her official capacity as Secretary of Homeland Security, Pamela Bondi, in her official capacity as Attorney General,

     Respondents - Appellants.

_____

**ORDER**
Docket No. 25-3029

Counsel for Appellee Jhon Rodriguez Orellana has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 15, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before June 15, 2026.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court