# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of June, two thousand twenty-six.

Before:     Alison J. Nathan,
                 *Circuit Judge.*

_____

Jhon Rodriguez Orellana,

               Petitioner - Appellee,                          **ORDER**

     v.                                                                      Docket No. 25-3029

Kenneth Genalo, in his official capacity as Acting Field
Office Director of New York, Immigration and Customs
Enforcement, Todd Lyons, in his official capacity as
Acting Director of Immigration and Customs
Enforcement, Markwayne Mullin, Secretary of Homeland
Security, Todd Blanche, Acting United States Attorney
General,

               Respondents - Appellants.

_____

Appellee moves to hold this appeal in abeyance pending a decision in *Sileiri Doe v. U.S. Dep't of Homeland Sec., et al.,* No. 25-cv-12245-ADB (D. Mass.). Appellants oppose the motion.

IT IS HEREBY ORDERED that the motion is DENIED without prejudice to Appellee re-raising the issue before the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court